# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Newport News_____ Division

**In re** David Paul Buck             **Case No.** 17-51549-SCS
       Amy Denise Buck

       **Debtor(s)**            **Chapter 7**

### ORDER PURSUANT TO CHAPTER 7 TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND APPLICATION(S) FOR COMPENSATION OF PROFESSIONALS

The Trustee having filed his final report before distribution and the court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses and no hearing being necessary under the circumstances; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), §503(b)(2) or §503(b)(4), as follows:

| **APPLICANTS** | **COMMISSIONS/FEES** | **EXPENSES** |
|---|---|---|
| Clara P. Swanson, Trustee | $1,544.23 | $74.04 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

The Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Date: Jun 14 2019             /s/ Stephen C. St.John
                                          United States Bankruptcy Judge

                                          NOTICE OF JUDGMENT OR ORDER
                                          ENTERED ON DOCKET: Jun 14 2019

[otfrnhrg ver. 10/09]