# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

In re: BUCK, DAVID PAUL § Case No. 17-51549-SCS
BUCK, AMY DENISE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Clara P. Swanson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $205,282.57         Assets Exempt: $30,536.57
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,272.67   Claims Discharged
                                              Without Payment: $56,493.37

Total Expenses of Administration: $1,669.65

3) Total gross receipts of $ 13,840.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,898.00 (see **Exhibit 2**), yielded net receipts of $7,942.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $138,888.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,669.65 | 1,669.65 | 1,669.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 128,585.03 | 79,643.42 | 62,766.04 | 6,272.67 |
| **TOTAL DISBURSEMENTS** | $267,473.03 | $81,313.07 | $64,435.69 | $7,942.32 |

4) This case was originally filed under Chapter 7 on November 06, 2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2019          By: /s/Clara P. Swanson
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from father's estate | 1290-000 | 13,840.32 |
| **TOTAL GROSS RECEIPTS** | | **$13,840.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Paul BUck | Exemption Buck Estate | 8100-002 | 5,898.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,898.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Wells Fargo Bank | 4110-000 | 22,296.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | New Pennfinn Shellpoint Mortga | 4110-000 | 85,523.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Ally Financial | 4110-000 | 22,251.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Langley Federal Credit Union | 4110-000 | 8,818.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$138,888.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Clara P. Swanson | 2100-000 | N/A | 1,544.23 | 1,544.23 | 1,544.23 |
| Trustee Expenses - Clara P. Swanson | 2200-000 | N/A | 74.04 | 74.04 | 74.04 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 5.29 | 5.29 | 5.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 12.11 | 12.11 | 12.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.59 | 10.59 | 10.59 |
| Other - INSURANCE PARTNERS AGENCY, INC. | 2300-000 | N/A | | 7.43 | 7.43 | 7.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.96 | 10.96 | 10.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | **$1,669.65** | **$1,669.65** | **$1,669.65** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | DISCOVER BANK | 7100-000 | 7,695.00 | 7,456.73 | 0.00 | 0.00 |
| 2 -1 | CAVALRY SPV I, LLC | 7100-000 | 846.00 | 846.16 | 0.00 | 0.00 |
| 3 -1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 834.00 | 834.31 | 0.00 | 0.00 |
| 4 -1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 18,866.00 | 18,886.30 | 18,886.30 | 1,887.45 |
| 5 -1 | US DEPARTMENT OF EDUCATION | 7100-000 | 38,208.00 | 38,457.35 | 38,457.35 | 3,843.32 |
| 6 -1 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 1,021.00 | 1,021.93 | 1,021.93 | 102.13 |
| 7 -1 | WELLS FARGO BANK, N.A. | 7100-000 | 4,400.00 | 4,400.46 | 4,400.46 | 439.77 |
| 8 -1 | WELLS FARGO BANK, N.A. | 7100-000 | 4,377.00 | 4,377.99 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 -1 | DIRECTV, LLC | 7100-000 | 511.00 | 105.20 | 0.00 | 0.00 |
| 10 -1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,957.00 | 2,957.96 | 0.00 | 0.00 |
| 11 -1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 299.00 | 299.03 | 0.00 | 0.00 |
| NOTFILED-1 | Bank of America | 7100-000 | 377.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Best Buy | 7100-000 | 1,346.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Barclay Bank | 7100-000 | 1,984.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Great Lakes Higher Education | 7100-000 | 38,208.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Victoria's Secret | 7100-000 | 2,024.03 | N/A | N/A | 0.00 |
| NOTFILED-1 | Chase | 7100-000 | 2,677.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Chase | 7100-000 | 1,366.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Chase | 7100-000 | 589.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $128,585.03 | $79,643.42 | $62,766.04 | $6,272.67 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-51549-SCS  
**Case Name:** BUCK, DAVID PAUL  
BUCK, AMY DENISE  
**Period Ending:** 07/02/19

**Trustee:** (660110) Clara P. Swanson  
**Filed (f) or Converted (c):** 11/06/17 (f)  
**§341(a) Meeting Date:** 12/11/17  
**Claims Bar Date:** 05/16/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 103 Kelsey Road, Williamsburg, VA 23185-0000 Ent<br>Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Savings: Langley Federal Credit Union<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Town Bank<br>Imported from original petition Doc# 1 | 70.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Wells Fargo<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 5 | stove $300.00; refrigerator $350.00; dishwasher<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | TV $100.00; computer $200.00<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor Husband wearing apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Debtor wife wearing apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | wedding set<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | misc. costume jewelry<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 11 | 401K: BB&T 401K<br>Imported from original petition Doc# 1 | 22,439.57 | 0.00 | | 0.00 | FA |
| 12 | Wags & Whiskers Pet Sitting Services, LLC, 100%<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 13 | 2017 Income tax to be filed in 2018: Federal<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 14 | 2017 Income Tax to be filed in 2018: State<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 15 | 1/5 Interest in Estate of Aubrey Buck (property<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 16 | 2015 Jeep Wrangler, 67000 miles. Entire property | 19,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-51549-SCS  
**Case Name:** BUCK, DAVID PAUL  
BUCK, AMY DENISE  
**Period Ending:** 07/02/19

**Trustee:** (660110) Clara P. Swanson  
**Filed (f) or Converted (c):** 11/06/17 (f)  
**§341(a) Meeting Date:** 12/11/17  
**Claims Bar Date:** 05/16/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from original petition Doc# 1 |  |  |  |  |  |
| 17 | 2010 Mercury Milan, 107138 miles. Entire propert<br>Imported from original petition Doc# 1 | 3,750.00 | 0.00 |  | 0.00 | FA |
| 18 | 2006 Saturn VUE, 21400 miles, Debtor not in poss<br>Imported from original petition Doc# 1 | 2,000.00 | 1,999.00 |  | 0.00 | FA |
| 19 | 1997 Mercury Grand Marquis, 72131 miles. Entire<br>Imported from original petition Doc# 1 | 550.00 | 0.00 |  | 0.00 | FA |
| 20 | 1990 Ford Ranger, 131688 miles. Entire property<br>Imported from original petition Doc# 1 | 300.00 | 0.00 |  | 0.00 | FA |
| 21 | 3 dogs and 5 cats (not for sale or breeding)<br>Imported from original petition Doc# 1 | 10.00 | 0.00 |  | 0.00 | FA |
| 22 | Inheritance from father's estate  (u) | 6,670.66 | 6,670.66 |  | 13,840.32 | FA |
| 22 | **Assets    Totals** (Excluding unknown values) | **$211,953.23** | **$8,669.66** |  | **$13,840.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

Waiting for remainder of inheritance  
Received debtor's share of iheritance 11-08-18  
Received final disriubtion of debtor's share of inheritance 12-28-18  
Debtor amended his exemptions 4-2-19  
Paid debtor his $5898 exemption 4-5-19

**Initial Projected Date Of Final Report (TFR):**    February 12, 2019           **Current Projected Date Of Final Report (TFR):**    May 21, 2019   (Actual)

Printed: 07/02/2019 09:22 AM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-51549-SCS  
**Case Name:** BUCK, DAVID PAUL  
BUCK, AMY DENISE  
**Taxpayer ID #:** **-***3901  
**Period Ending:** 07/02/19  

**Trustee:** Clara P. Swanson (660110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/08/18 | {22} | Estate of Fleming A Buck Sr. Joanna B Trentham adm exe or pe | Inheritance | 1290-000 | 6,670.06 | | 6,670.06 |
| 11/08/18 | {22} | Estate of Fleming A Buck Sr. Joanna B Trentham adm exe or pe | Inheritance | 1290-000 | 0.60 | | 6,670.66 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 6,665.66 |
| 12/28/18 | {22} | Bank Of America | Distribution to Heirs re-Closing Expenses & Distribution | 1290-000 | 7,169.66 | | 13,835.32 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.29 | 13,830.03 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.11 | 13,817.92 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.59 | 13,807.33 |
| 03/05/19 | 101 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/05/2019 FOR CASE #17-51549, Bond Payment | 2300-000 | | 7.43 | 13,799.90 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.96 | 13,788.94 |
| 04/05/19 | 102 | David Paul BUck | Exemption Buck Estate | 8100-002 | | 5,898.00 | 7,890.94 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 7,880.80 |
| 05/10/19 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.14 | 7,890.94 |
| 06/17/19 | 103 | Clara P. Swanson | Dividend paid 100.00% on $74.04, Trustee Expenses;  Reference: | 2200-000 | | 74.04 | 7,816.90 |
| 06/17/19 | 104 | Clara P. Swanson | Dividend paid 100.00% on $1,544.23, Trustee Compensation;  Reference: | 2100-000 | | 1,544.23 | 6,272.67 |
| 06/17/19 | 105 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid  9.99% on $18,886.30; Claim# 4-1; Filed: $18,886.30; Reference: | 7100-000 | | 1,887.45 | 4,385.22 |
| 06/17/19 | 106 | US DEPARTMENT OF EDUCATION | Dividend paid  9.99% on $38,457.35; Claim# 5-1; Filed: $38,457.35; Reference: | 7100-000 | | 3,843.32 | 541.90 |
| 06/17/19 | 107 | AMERICAN EXPRESS NATIONAL BANK | Dividend paid  9.99% on $1,021.93; Claim# 6-1; Filed: $1,021.93; Reference: | 7100-000 | | 102.13 | 439.77 |
| 06/17/19 | 108 | WELLS FARGO BANK, N.A. | Dividend paid  9.99% on $4,400.46; Claim# 7-1; Filed: $4,400.46; Reference: | 7100-000 | | 439.77 | 0.00 |

|  |  | ACCOUNT TOTALS | 13,840.32 | 13,840.32 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 13,840.32 | 13,840.32 | |
|  |  | Less: Payments to Debtors | | 5,898.00 | |
|  |  | **NET Receipts / Disbursements** | **$13,840.32** | **$7,942.32** | |

{} Asset reference(s)

Printed: 07/02/2019 09:22 AM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 17-51549-SCS | | Trustee: | Clara P. Swanson (660110) |
|---|---|---|---|---|
| Case Name: | BUCK, DAVID PAUL | | Bank Name: | Rabobank, N.A. |
| | BUCK, AMY DENISE | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***3901 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 07/02/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

```
         Net Receipts :       13,840.32
Less Payments to Debtor :      5,898.00
                            _____
         Net Estate :        $7,942.32
```

| | | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | | | |
| | | Checking # ******1266 | | | 13,840.32 | 7,942.32 | 0.00 |
| | | | | | $13,840.32 | $7,942.32 | $0.00 |

{} Asset reference(s)

Printed: 07/02/2019 09:22 AM    V.14.50